Barry S. Pollack (BP 4039)
Mary Cecilia Sweeney (MS 6047)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

07 CV 7524

| | |
|---|---|
| MICHAEL D. LOCKWOOD and ALGONQUIN CAPITAL MANAGEMENT, LLC, a Connecticut Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH MACEDA <br><br> Defendant. | Civil Action No. _____ <br><br> **Rule 7.1 Statement** |

Pursuant to Fed. R. Civ. P. 7.1, plaintiff ALGONQUIN CAPITAL MANAGEMENT, LLC, by its undersigned counsel, states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
August 24, 2007

Respectfully submitted,

SULLIVAN & WORCESTER LLP

By: _____
Mary Cecilia Sweeney (MS 6047)

Attorneys for plaintiffs