UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL D. LOCKWOOD and ALGONQUIN CAPITAL
MANAGEMENT, LLC,

                   Plaintiffs,

   -against-

JOSEPH MACEDA,

                  Defendant.
------------------------------------------------------------X

Index No.: 2007 CV 7524 (Baer)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

      **JUAN ROLDAN,** being duly sworn, deposes and says:

      1.    That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

      2.    That on August 25, 2007, at approximately 1:08 p.m., I personally served by hand a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, Individual Practices of Magistrate Judge Michael H. Dolinger, Individual Practices of Judge Harold Baer, Jr.,** all upon **JOSEPH MACEDA,** (an individual) by Personal Delivery via Mr. Joseph Maceda, Personally, who identified himself as the person deponent was seeking to serve. Mr. Joseph Maceda, who is known and known to be someone of suitable age and discretion, who indicated upon inquiry that he is neither in Military Service nor dependant upon anyone within Military Service, which service was effected at his actual place of residence indicated below:

                        JOSEPH MACEDA
                        939 Union Street / Apartment 1A
                        Brooklyn, New York 11215

      3.    **Mr. Joseph Maceda** can best be described as:

Male - White skin - Brown / Gray hair - Approximately 48 – 58 years of age, 5'11" – 6'2" and 195 - 240 lbs.

Dated:  August 25, 2007
          New York, New York

                                                                  JUAN ROLDAN
                                                                  License No.: 0983113

Sworn to before me on this the 25th day of August 2007.

_____
NOTARY PUBLIC

JENIQUE TORRES
Notary Public, State of New York
No. 01TO6092182
Qualified in New York County
Commission Expires May 12, 2011

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our reputation on your satisfaction"*