UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL D. LOCKWOOD and ALGONQUIN
CAPITAL MANAGEMENT, LLC, a
Connecticut Limited Liability Company,

                Plaintiffs,

    vs.

JOSEPH MACEDA,

               Defendant.

Case No. 07-cv-7524 (HB)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the attorneys identified below hereby appear as counsel for and on behalf of plaintiff Michael D. Lockwood and plaintiff Algonquin Capital Management, LLC in the above-captioned action. Please direct all further correspondence, notices, pleadings, motion papers, orders and other court documents to be sent to plaintiffs regarding this matter to the undersigned.

Dated: New York, New York
        September 26, 2007

                                          SULLIVAN & WORCESTER LLP

                            By:   /s/
                                          Barry S. Pollack (BP 4039)
                                          e-mail: bpollack@sandw.com
                                          Mary Cecilia Sweeney (MS 6047)
                                          e-mail: msweeney@sandw.com
                                          1290 Avenue of the Americas
                                          29th Floor
                                          New York, New York 10104
                                          Tel: (212) 660-3000
                                          Fax: (212) 660-3001
                                          Counsel for Plaintiffs