DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL D. LOCKWOOD and ALGONQUIN
CAPITAL MANAGEMENT, LLC, a Connecticut
Limited Liability Company,

    Plaintiffs,

vs.

JOSEPH MACEDA,

    Defendant.

Case No. 07-cv-7524 (HB)

## STIPULATION AND ORDER CONSOLIDATING DISCOVERY IN RELATED ACTIONS

    Plaintiffs Michael D. Lockwood and Algonquin Capital Management, LLC, on the one hand, and Defendant Joseph Maceda, on the other (collectively the "Parties"), hereby stipulate and agree as follows:

    1.    The Parties consent to a consolidation, but at this time only for discovery purposes, of the above-captioned action, Case No. 1:07-cv-07524, with the action styled as *Algonquin Capital Management, LLC v. Joseph Maceda*, No. 1:07-cv-07522 (the "Related Action");

    2.    For purposes of consolidated discovery, the Parties agree to conduct discovery pursuant to the deadlines set by the Court in the Related Action and to cooperate reasonably in an effort to employ and serve discovery requests, responses and depositions in this and the Related Action in a manner designed to avoid duplicative efforts;

    3.    Within fifteen (15) days of the close of discovery in the Related Action, the Parties will confer with each other and report their views to this Court regarding the potential consolidation of this and the Related Action.

{N0101363; 1}

Respectfully submitted,

Dated: New York, New York
November 19, 2007

SULLIVAN & WORCESTER LLP

_____
Barry S. Pollack (BP 4039)
e-mail: bpollack@sandw.com
Mary Cecilia Sweeney (MS 6047)
e-mail: msweeney@sandw.com
1290 Avenue of the Americas
29th Floor
New York, New York 10104
Tel: (212) 660-3000
Fax: (212) 660-3001
Attorneys for Plaintiff

WHITE, CIRRITO & NALLY, LLP

_____
Michael L. Cirrito (MLC 9053)
58 Hilton Avenue
Hempstead, NY 11550
(516) 292-1818
Attorneys for Defendant

SO ORDERED
12/27/07  /s/ [signature]
The Honorable Harold Baer, USDJ

*While I'm signing this, in no way suggests that these matters are not to be consolidated — indeed my view at this point is that they should be further and this PTSO in my [view?] to be followed*

{N0101363; 1}

Endorsement:

    While I'm signing this order it in no way suggests nor should it that these matters are not to be consolidated indeed my view at this point is that they should and further my PTSO is to be followed.