Exhibit E

Andrew I. Silfen (AS-1264)
Schuyler G. Carroll (SC-0100)
ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
Attorneys for the Official Committee of Unsecured Creditors
1675 Broadway, 25th Floor
New York, New York  10019
(212) 484-3900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re                                                      Chapter 11

OCEAN POWER CORPORATION,                                   Case No. 02-15989 (CB)

             Debtor.

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                ) s.s.:
COUNTY OF NEW YORK   )

       LISA A. INDELICATO, being duly sworn, deposes and says:

       1.     Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent, Fox, Kintner, Plotkin & Kahn, PLLC, 1675 Broadway, 25th Floor, New York, New York 10019.

       2.     On April 22, 2003, I caused true and correct copies of the following documents to be served by first-class mail, postage prepaid, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the persons listed on the service list attached hereto as Exhibit A.:

          **(a)**    **Notice of Auction Sale and Sale Hearing;**

          **(b)**    **Motion for an Order (A) Approving the Manner and Notice of the Sale Hearing; and (B) Authorizing the Sale of Assets, Free and Clear of Liens, Claims and Encumbrances, Subject to Higher and Better Offers;**

          **(c)**    **Exhibit A - Asset Purchase Agreement.**

       3.     In addition, on April 23, 2003, I caused the foregoing documents to be served by first-class mail, postage prepaid, in an official depository under the exclusive care and custody of

NYC/102412.1

the United States Postal Service within the State of New York, upon the persons listed on the service list attached hereto as Exhibit B.


_/s/ Lisa A. Indelicato_____
Lisa A. Indelicato


Sworn to before me this
23rd day of April, 2003.

_/s/ Beth N. Green_____
Beth N. Green
Notary Public, State of New York
No. 02GR5018934
Qualified in New York County
Commission Expires October 12, 2005

**Exhibit A**

AQUAMAX INTERNATIONAL
Attn: Rainier Sjostrom
Locatellikade 1, Parnassustoren
1076 Amsterdam, P.O. Box 75215
1070 AE Amsterdam
The Netherlands

Barry G. Bampton
5295 Gulf Place
West Vancouver, B.C.
Canada  V7W 2V9

BYLIN HEATING SYSTEMS, INC
Profit Sharing Pension Pl
4800 Golden Foothill Pkwy
El Dorado Hills, CA 95762

CORNELL CAPITAL PARTNERS
10 Exchange Place
Suite 1404
Jersey City, NJ 07302

DARBY & DARBY
805 Third Avenue
New York, NY 10022
Attn:  Edward V. DiLello, Esq.

DAVID MOARD
1545 S. El Molino Ave.
Pasadena, CA 91106

FREEDOM FUNDING INC.
East Bay Centre
Suite B66
P.O. Box N 1836
Nassau, Bahamas

KEVIN TYSON
17 Coralyn Avenue
White Plains, NY 10605

LATHAM & WATKINS
885 Third Avenue
New York, New York 10022

MELAROBA CORPORATION
122 Yukon Drive
Woodbury, NY 11791
Attn:  Mel Spielman

QINGJUN (ROBERT) ZHAO
3416 Smokey Mtn Circle
El Dorado Hills, CA 95762

RICARDO, INC.
40000 Richardo Drive
Van Buren Township, MI  48111
Attn: Frank Alex

NYC/102412.1

ROBERT BYLIN
4800 Golden Foothill Pkwy
El Dorado Hills, CA 95762

STM CORPORATION
Attn: Lennart  Johannson
275 Metty Drive
Ann Arbor , MI 48103


SUMMIT PETROLEUM CORP.
1315 South Mission Road
Mount Pleasant, MI 48858

VENTURE INVESTMENT GROUP
5295 Gulf Place
West Vancouver, B.C.
Canada V7W 2V9


VESTA LIV
C/O Sundal Collier & Co.
P.O. Box 1444 VIKA
N-0115 Oslo, Norway

WASELIUS & WIST
Etelaesplanadi 24 A
00130
Helsinki, Finland


Alan David Halperin
Halperin & Associates
1775 Broadway
Suite 515
New York, NY 10019

Carolyn S. Schwartz
Office of United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


Andrew R. Gottesman
Schultz Roth & Zabel, LLP
919 Third Avenue
New York, New York 10022

## Exhibit B

Ricardo Inc.
Attn:  Frank Alex
30000 Ricardo Drive
Van Buren Township, MI 48111

Robert Farrell
101 Hudson Street
Suite 3606
Jersey City, NJ 07302

Barry G. Bampton
5295 Gulf Place
West Vancouver, BC
V7W 2V9
CANADA

David M. Moard
1545 S. El Molino Avenue
Pasadena, CA 91106

Melaruba Corp.
Attn:  Mel Spielman
122 Yukon Drive
Woodbury, NY 11797

Darby & Darby PC
Attn:  Edward V. Dilello, Esq.
805 Third Avenue
New York, NY 10022

Algonquin Capital Management LLC
Attn: Michael D. Lockwood
440 Main Street
Ridgefield, CT 06877

Hibernia Capital Management LLC
Attn: John V. Doyle
3 Club Road
Rye, NY 10580

Daniel D. McGargue
P.O. Box 5218
Fair Oaks, CA 95628

Will Weinstein
Ceebraid Signal
40 Randall Ave.
Freeport, NY 11520

Dean Kamen
286 Commercial Drive
Manchester, NH 03101

John D Kuhns
Kuhns Brothers
558 Lime Rock Road
Lime Rock, CT 06039

Mr. Joseph E. Gibbs, Chairman
Gibbs Investments, LLC
2102 Park Center Drive, Suite 210
Orlando, Florida 32835

James Seaba
Conoco Phillips
882 Phillips Building
Bartlesville, OK 74004

Mr. Neil Berlant
P.O. Box 491267
Los Angeles, CA 90049

Freedom Funding
East Bay Centre
Suite B66
PO Box 1836
Nassau, Bahamas

Mark M. Mayers
Harbor Solutions LLC
317 Madison Avenue, Suite 805
New York, New York 10017

Mr. Walter Howard
1055 Washington Blvd.
Stanford, CT 06901

Mr. Frank Klepetdo
Managing Director
Advest, Inc.
One Rockefeller Plaza
New York, NY 10020

B. M. (Sam) Ahmad
P.O. Box 1781
Al Khobar 31952
Saudi Arabia

Mr. Alan Wolfley
Landorne Corporation
P.O. Box 218
New Canaan, CT 06840

Peter S. Adam
C&D International Dynamix
404 Pine St. SE, Suite 204A
Vienna, VA 22180

Mr. Alex Mortman
Managing Director
JDA Partners. LLC
381 Park Avenue South, Suite 1216
New York, New York 10016

Brian Lewis, President
Grosvenor Capital Markets, Inc.
400 Madison Avenue, Suite 501
New York, NY 10017

Mr. Lloyd R. Norris
6821 Vlanda Court
Carlsbad, CA 92009

Mr. Vince Gorguze
Cameron Holdings Corporation
12220 El Camino Real - Suite 320
San Diego, CA 92130

Ed Thomas
39 Corte Mesa
San Rafael, CA 94901

Donald Weckstein
230 Park Ave
Room 1516
New York, NY 10169

Cornell Capital
10 Exchange Place
Suite 1404
Jersey City, NJ 07302

Mr. Joe Zuk
Ashborn Agencies, LTD
P.O. Box 23596
Tel Aviv, 61231
Israel

Salah R. Al-Rashed
P.O. Box 550
Riyad 11421
Saudi Arabia

Iain Horsburgh
Oswestry Research Company, Inc.
156 West 56th St., Suite 2005
New York, New York 10019

Mr. Richard Brown
22 Appletree Lane
Darion, CT 06820

Mr. John Zellerbach
Good Hope Enterprises, Inc.
582 Montgomery Street
San Francisco, CA 94104

Mr. Lowell Dicke
Investor representative
775 Garland Drive
Palo Alto, CA 94303

Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Attn: Andrew R. Gottesman, Esq

Office of the United States Attorney
Southern District of New York
100 Church Street
New York, NY 10007

United States Securities and Exchange
Commission
450 Fifth Street, NW
Washington, DC 20549
Attn: Albert L. Oken, Assoc Chief Counsel

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Gloria Rose Ott
20250 Edgewood Farm Lane
Purcellville, VA 20132

Robert Campbell
15009 Rio Circle
Rancho Murietta, CA 95683

Joseph P. Maceda
520 3rd Street
Brooklyn, NY 11215

Michael Hopper
Ocean Power Corporation
5000 Robert J. Mathews Pkwy
El Dorado Hills, CA 95762

Pacific Alliance
1370 Avenue of the Americas
Suite 902 New York, NY 10019
Attn Richard Shorten

Aquamax (International) Holding B.V.
Attn: Rainier Sjostrom
Locatellikade 1, Parnassustoren
1076 Amsterdam, P.O. Box 75215
1070 AE Amsterdam, The Netherlands

STM Corporation
275 Metty Drive
Ann Arbor, MI 48103
Attn: Lennart Johannson, President

Venture Investment Group
5295 Gulf Place
West Vancouver, B.C.
Canada V7W 2V9

Freedom Funding Inc.
East Bay Centre
Suite B66
P.O. Box N 1836
Nassau, Bahamas

Latham & Watkins
885 Third Avenue
New York, NY 10022

Cornell Capital Partners
10 Exchange Place
Suite 1404
Jersey City, NJ 07302

Vesta Liv
C/O Sundal Collier & Co.
P.O. Box 1444 Vika
N-0115 Oslo, Norway

Robert Bylin
4800 Golden Foothill Pkwy
El Dorado Hills, CA 95762

Vesta Forsikring
C/O Sundal Collier & Co.
P.O. Box 1444 Vika
N-0115 Oslo, Norway

Bylin Heating Systems, Inc.
Profit Sharing Pension Plan
4800 Golden Foothill Pkwy
El Dorado Hills, CA 95762

Kevin Tyson
17 Coralyn Avenue
White Plains, NY 10605

Cheng-Guan Michael Quah
67 Canney Road
Durham, NH 03824

Summit Petroleum Corp.
1315 South Mission Road
Mount Pleasant, MI 48858

Waselius & Wist
Etelaesplanadi 24
A00130
Helsinki, Finland

Qingjun (Robert) Zhao
3416 Smokey Mountain Circle
El Dorado Hills, CA 95762

Venture Investment Group Inc.
Ansbacher House, Bank Lane
2nd Floor
Nassau, Bahamas
Attn: Alan Cole

NYC/102412.1