## Exhibit F

>
>
>
> -----Original Message-----
> From: jpmaceda [mailto:jpsmaceda@earthlink.net]
> Sent: Thursday, December 05, 2002 11:02 PM
> To: rich@palcapital.com
> Cc: jmhopper@powerco.com; rraicht@halperinlaw.net
> Subject: Next
>
>
> Dear Rich,
>
> Sorry I didn't get back to you today but I was tied up with Aramco
> until quite late.
>
> I did speak with Michael and he said you had questions about Conoco.
> Yesterday I sent a copy of my 23 October memo to the Board off to Bob
> Raicht.  Since I am clueless as to the legalities of what is to be
> disclosed to whom, please contact him about getting a copy of the
> diagrams.
>
> These drawings reflect an out-of-date situation prior to our filing
> Chapter 11 under your deal.
>
> I am working up a modification reflecting this reality now.  Once I see
> the release of my personal guarantees to Mike and Jack, I will happy to
> continue working on this and the other issues we discussed.
>
> Please just fax them to Michael Hopper at 916.933.8111 when you have
> them and we can figure out when to meet.
>
> Thanks and best regards,
>
> Joe
>