# Exhibit G

Unknown

| | |
|---|---|
| From: | Joe Maceda [jpsmaceda@earthlink.net] |
| Sent: | Thursday, February 20, 2003 7:04 PM |
| To: | Gloria Rose Ott; Robert L. Campbell; Michael Hopper; Bob Raicht |
| Subject: | Resignation |

Dear All,

Since Michael has told me Ocean Power closed its bankruptcy. Please take this as my resignation from the Board of Directors (however meaningless it may be).

Regards,

Joseph P. Maceda

1