DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL D. LOCKWOOD and ALGONQUIN
CAPITAL MANAGEMENT, LLC, a
Connecticut Limited Liability Company,

       Plaintiffs,

vs.

JOSEPH MACEDA,

       Defendant.

Case No. 07-cv-07524 (HB)

**ORDER OF DISCONTINUANCE**

Hon. HAROLD BAER, JR., District Judge:

  This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled, it is hereby

  ORDERED that the above entitled action be and hereby is discontinued without prejudice consistent with the settlement agreement between the parties, and that the action is discontinued without prejudice and without costs to either party, and it is hereby

  ORDERED that any party may apply within 60 days to convert this discontinuance to a dismissal with prejudice pursuant to and after the first payment is delivered in full under the settlement agreement, and it is further

  ORDERED that the Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

SO ORDERED
New York, New York
Dated: 8/20/08

_____
U.S.D.J.

I hereby consent to the entry of this proposed order:

_____
Attorneys for Plaintiff

_____
Attorneys for Defendant